UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY PEEL, | Case No. 15-cv-04694-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Deadline to add parties or amend the pleadings | June 17, 2016 |
| Expert disclosures | September 21, 2016 |
| Expert rebuttal | November 11, 2016. |
| Fact discovery cut-off | November 18, 2016 |
| Expert discovery cut-off | December 14, 2016. |
| Deadline to file dispositive motions | January 16, 2017 |
| Pretrial conference statement due | March 28, 2017 |
| Pretrial conference | April 7, 2017 at 2:00 p.m. |
| Trial | May 1, 2017 at 8:30 a.m. |

| Event | Deadline |
|---|---|
| Estimate of trial length (in days) | Eight |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance.  The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: March 16, 2016



JON S. TIGAR
United States District Judge