Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiff
ANTHONY PEEL

John C. Beiers, County Counsel (SBN 144282)
Jan E. Ellard (SBN 171947)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4759
Facsimile: (650) 363-4034

Attorneys for Defendants
COUNTY OF SAN MATEO, SAN MATEO
COUNTY SHERIFF GREG MUNKS, in his individual capacity
as Sheriff for the SAN MATEO COUNTY SHERIFF's OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEEL, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF GREG MUNKS, in his individual capacity; and DOES 1 through 30, <br><br> Defendants. | CASE NO.: 3:15-cv-04694-JST <br><br> **STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER** |

The parties to the above-entitled case have been meeting and conferring regarding the setting of depositions in this matter, but have encountered some difficulty due to the schedules of witnesses and counsel. Plaintiff's counsel will be deposing several law enforcement officers involved in the incident in July and August, and anticipates ascertaining the identities of the Doe defendants that Plaintiff believes to have committed the conduct alleged in his Complaint.

---

*Peel v. County of San Mateo, et al.*   CASE NO. 3:15-cv-04694-JST                                                           Page 1
STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Subject to the Court's approval, the parties propose a brief continuance of the deadline to add parties or amend the pleadings, from June 17, 2016 to August 19, 2016.

No other dates in the Court's Scheduling Order will be affected by this stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 17, 2016        /s/ - "Nick Casper"
                           Nick Casper
                           **CASPER, MEADOWS, SCHWARTZ & COOK**
                           Attorneys for Plaintiff ANTHONY PEEL

Dated: June 17, 2016        /s/ - "Jan E. Ellard"
                           Jan E, Ellard, Deputy
                           **JOHN C. BEIERS, COUNTY COUNSEL**
                           Attorneys for Defendant
                           COUNTY OF SAN MATEO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 20, 2016        _____
                           JON S. TIGAR
                           United States District Judge

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Peel v. County of San Mateo, et al.*   CASE NO. 3:15-cv-04694-JST                      Page 2
STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER