Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

Attorneys for Plaintiff
ANTHONY PEEL

John C. Beiers, County Counsel (SBN 144282)
Jan E. Ellard (SBN 171947)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4759
Facsimile: (650) 363-4034

Attorneys for Defendants
COUNTY OF SAN MATEO, SAN MATEO
COUNTY SHERIFF GREG MUNKS, in his individual capacity
as Sheriff for the SAN MATEO COUNTY SHERIFF's OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEEL, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF GREG MUNKS, in his individual capacity; and DOES 1 through 30, <br><br> Defendants. | CASE NO.: 3:15-cv-04694-JST <br><br> **STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER** |

The parties to the above-entitled case have met and conferred regarding the current Scheduling Order and agreed for the fact discovery cut-off to occur prior to the exchange of expert disclosures. Otherwise, the parties' experts will be placed in a position of filing their Rule 26 reports prior to all of the facts in the case being known.

Subject to the Court's approval, the parties propose the following modification to the current Scheduling Order:

---

*Peel v. County of San Mateo, et al.   CASE NO. 3:15-cv-04694-JST*   Page 1
STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosures | September 21, 2016 | November 11, 2016 |
| Expert Rebuttal | November 11, 2016 | November 30, 2016 |
| Fact Discovery Cut-Off | November 18, 2016 | November 4, 2016 |
| Expert Discovery Cut-Off | December 14, 2016 | December 21, 2016 |

No other dates in the Court's Scheduling Order will be affected by this stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 18, 2016

/s/ - "Nick Casper"
Nick Casper
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiff ANTHONY PEEL

Dated: August 18, 2016

/s/ - "Jan E. Ellard"
Jan E, Ellard, Deputy
**JOHN C. BEIERS, COUNTY COUNSEL**
Attorneys for Defendant
COUNTY OF SAN MATEO

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 22, 2016

JON S. TIGAR
United States District Judge

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Peel v. County of San Mateo, et al.*   CASE NO. 3:15-cv-04694-JST
STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER

Page 2