Nick Casper (SBN 244637)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
Telephone:  (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiff
ANTHONY PEEL

John C. Beiers, County Counsel (SBN 144282)
Jan E. Ellard (SBN 171947)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4759
Facsimile: (650) 363-4034

Attorneys for Defendants
COUNTY OF SAN MATEO;
COUNTY SHERIFF'S DEPUTY JOHN LOTHIAN;
SAN MATEO COUNTY SHERIFF'S DEPUTY KEITH JAMES;
SAN MATEO COUNTY CORRECTIONAL OFFICER WILLIAM MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PEEL,<br><br>      Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO; SAN MATEO COUNTY SHERIFF'S DEPUTY JOHN LOTHIAN; SAN MATEO COUNTY SHERIFF'S DEPUTY KEITH JAMES; SAN MATEO COUNTY CORRECTIONAL OFFICER WILLIAM MARTINEZ; and DOES 4 through 30,<br><br>      Defendants. | CASE NO.: 3:15-cv-04694-JST<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE [RULE 41(a)(1) F.R.C.P.];** [~~PROPOSED~~] **ORDER** |

The parties hereto, by and through their respective counsel of record, stipulate and agree that pursuant to the terms of the settlement reached between the parties, this action shall be voluntarily dismissed with prejudice, each party to bear its own costs and attorneys' fees.

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Peel v. County of San Mateo, et al.   CASE NO. 3:15-cv-04694-JST*        Page 1
STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER

IT IS SO STIPULATED:

Dated: December 9, 2016

    /s/ - "Nick Casper"
Nick Casper
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorneys for Plaintiff ANTHONY PEEL

Dated: December 9, 2016

    /s/ - "Jan E. Ellard"
Jan E, Ellard, Deputy
**JOHN C. BEIERS, COUNTY COUNSEL**
Attorneys for Defendant
COUNTY OF SAN MATEO;
COUNTY SHERIFF'S DEPUTY JOHN LOTHIAN;
SAN MATEO COUNTY SHERIFF'S DEPUTY KEITH JAMES;
SAN MATEO COUNTY CORRECTIONAL OFFICER WILLIAM MARTINEZ

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 13, 2016

JON S. TIGAR
United States District Judge

---

*Peel v. County of San Mateo, et al.*   CASE NO. 3:15-cv-04694-JST
STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER

Page 2

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131